1  Alejandro S. Angulo (State Bar No. 217823)
   aangulo@rutan.com
2  Briana F. Richmond (State Bar No.301824)
   brichmond@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Suite 1400
4  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Defendants
   AEJ Associates, LLC, and Lihui Lo
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11 WELLS FARGO BANK, NATIONAL          Case No. 2:15-cv-09258-PJW
   ASSOCIATION, a national banking
12 association,

13                Plaintiff,           **STIPULATION TO EXTEND TIME
                                       TO RESPOND TO INITIAL
                vs.                    COMPLAINT BY NOT MORE THAN
14                                     30 DAYS (L.R. 8-3)**

15 AEJ ASSOCIATES, LLC, a New Jersey
   limited liability company; TING-TAR
16 WU, also known as STEVEN WU, an
   individual; CHIA JING WU, also known
17 as CATHERINE WU, an individual;
   LIHUI LO, also known as KITTY LO,
18 an individual; ALEXANDER TSAY, an    Complaint Served: January 19, 2016
   individual,                         Current Response Date: February 9, 2016
                                       New Response Date: February 12, 2016
19                Defendants.

20

21      IT IS HEREBY STIPULATED by and between Plaintiff Wells Fargo Bank,

22 National Association ("Plaintiff") and Defendants AEJ Associates, LLC and Lihui

23 Lo, also known as Kitty Lo, (collectively, "Defendants") through their respective

24 counsel of record, as follows:

25                           **RECITALS**

26      WHEREAS, on December 1, 2015, Plaintiff filed a Complaint in Interpleader

27 (the "Complaint");

28      WHEREAS, on January 19, 2016, Defendants executed an Acknowledgement

1 | of Receipt of Summons and Complaint;

2 |     WHEREAS, Defendants' responsive pleading deadline is on February 9,

3 | 2016;

4 |     WHEREAS, Defendants request an extension to file a responsive pleading

5 | until February 12, 2016;

6 |     WHEREAS, Plaintiff agreed to provide an extension until February 12, 2016

7 | for Defendants to answer or otherwise respond to the Complaint.

8 | **STIPULATION**

9 |     THEREFORE, IT IS HEREBY STIPULATED by Plaintiff and Defendants,

10 | through their respective attorneys of record, as follows:

11 |     1.   The parties hereby stipulate to an extension until February 12, 2016 for

12 | Defendants to respond to Plaintiff's Complaint in this action.

13 |     2.   Defendants shall file an answer or otherwise respond to the Complaint

14 | no later than February 12, 2016.

15 |

16 | Dated: February 9, 2016_____

RUTAN & TUCKER, LLP
ALEJANDRO S. ANGULO
BRIANA RICHMOND

By: _____
Briana F. Richmond
Attorneys for Defendants
AEJ Associates, LLC, and Lihui Lo

21 | Dated: February 9, 2016

BUCHALTER NEMER
A Professional Corporation

By: _____
William M. Miller
Attorneys for Plaintiff
Wells Fargo Bank, National
Association